AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAVID A. SCOTT, JR.

    Plaintiff(s)

        v.                                **Civil Action No. 2:14-CV-107**

LEAR CORPORATION
DARRELL HARPER *TERMINATED: 11/04/2014*
LARRY PAYNE, JR. *TERMINATED: 11/04/2014*
BARBARA SACHA *TERMINATED: 11/04/2014*
RYAN BRUCKNER *TERMINATED: 11/04/2014*

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Rudy Lozano on a motion for summary judgment

DATE:   9/28/2017                      ROBERT TRGOVICH, CLERK OF COURT
                                                               by   /s/Jason Schrader
                                                                     *Signature of Clerk or Deputy Clerk*